(116 So. 927)

Edward TERRY v. STATE. (8 Div. 648.) Court of Appeals of Alabama. March 20, 1928. Rehearing Stricken April 10, 1928.

Kyle, Judge. Assault to murder.

RICE, J. Affirmed.

(118 So. 927)

Will Z. TERRY v. STATE. (4 Div. 458.) Court of Appeals of Alabama. Aug. 28, 1928.

J. Morgan Prestwood, Judge.

PER CURIAM. Appeal dismissed.

(117 So. 926)

Andrew THOMAS v. STATE. (1 Div. 760.) Court of Appeals of Alabama. May 22, 1928.

T. J. Bedsole, Judge. Granade & Granade, of Chatom, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. This appellant was indicted for the offense of burglary. Upon his conviction the court sentenced him to 12 months at hard labor for the county. The principal insistence is that the evidence was insufficient to sustain the verdict of the jury, and in this we are in accord. A careful reading of the evidence in this case convinces this court that the state failed to meet the burden of proof necessary to a conviction. The evidence appears hardly sufficient to create even a suspicion of the guilt of the accused as to the crime charged, and utterly failed to overcome the presumption of innocence which, under the law, attended the defendant throughout the trial, or until his guilt was proven to a moral certainty and beyond a reasonable doubt. This question was raised in the lower court by timely motions to exclude the evidence, and also by requesting the affirmative charge for defendant. The court's rulings in this connection were error, necessitating the reversal of the judgment of conviction appealed from. Reversed and remanded.

(117 So. 926)

Joe THAMES v. STATE. (4 Div. 314.) Court of Appeals of Alabama. Feb. 7, 1928.

H. Wilkerson, Special Judge.

RICE, J. Affirmed.

(115 So. 926)

Maggie THOMAS v. STATE. (3 Div. 565.) Court of Appeals of Alabama. Jan. 17, 1928.

George F. Smoot, Judge.

SAMFORD, J. Affirmed.

(115 So. 926)

Pick THOMAS v. STATE. (7 Div. 416.) Court of Appeals of Alabama. Jan. 17, 1928.

R. B. Carr, Judge.

BRICKEN, P. J. On appeal from a judgment of conviction for a violation of the prohibition law, in the county court, the defendant was convicted in the circuit court, and was duly sentenced to hard labor for the county, and appealed to this court. The appeal here is rested upon the record proper. There is no bill of exceptions. The record is regular and without error. Let the judgment of conviction, from which this appeal was taken, stand affirmed. Affirmed.

(112 So. 926)

Buck THOMPSON v. STATE. (1 Div. 709.) Court of Appeals of Alabama. April 12, 1927.

Saffold Berney, Judge.

RICE, J. Affirmed.

(114 So. 926)

Hance THOMPSON v. STATE. (1 Div. 741.) Court of Appeals of Alabama. Nov. 22, 1927.

Joel W. Goldsby, Judge.

RICE, J. Affirmed.

(118 So. 927)

Lester THOMPSON v. C. D. CHAPMAN & CO. (4 Div. 426.) Court of Appeals of Alabama. Nov. 13, 1928.

H. A. Pearce, Judge.

SAMFORD, J. Appeal dismissed.

(112 So. 926)

Oscar L. THOMPSON v. STATE. (1 Div. 706.) Court of Appeals of Alabama. April 19, 1927.

Claude A. Grayson, Judge.

SAMFORD, J. Affirmed.

(114 So. 926)

Memnon TIERCE v. CITY OF TUSCALOOSA. (6 Div. 211.) Court of Appeals of Alabama. Dec. 13, 1927.

Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

(115 So. 926)

John F. TISDALE v. STATE. (3 Div. 585.) Court of Appeals of Alabama. Jan. 10, 1928.

Walter B. Jones, Judge.

RICE, J. Affirmed.